■ In the Matter of the Claim of ENRIQUE SANTIAGO, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [605 NYS2d 965] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 27, 1992, which ruled that claimant was ineligible to receive unemployment insurance benefits because he had insufficient weeks of covered employment to file a valid original claim.

It cannot be disputed from this record that claimant, a security guard, was ineligible to receive benefits because he did not have sufficient weeks of employment in his base period to file an original valid claim. While claimant argues that the applicable legislation barring his claim should be changed, such a request should more appropriately be addressed to the Legislature.

Weiss, P. J., Mercure, Cardona, White and Mahoney, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of SHEILA WADE, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [604 NYS2d 284] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 29, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Claimant lost her job as a retail clothing salesperson due to excessive lateness. On appeal claimant does not deny that she was excessively late, she merely argues that, due to her loyalty to her employer, she should not have been terminated. Under the circumstances, however, substantial evidence exists to support the Board's decision that claimant's actions, after receiving repeated warnings, constituted misconduct and thus disqualified her from receiving unemployment insurance benefits.

Crew III, J. P., Cardona, White, Mahoney and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.